# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDEL FATTAH, | |
| Petitioner, | CIVIL ACTION NO. 3:11-985 |
| v. | (JUDGE CAPUTO) |
| PENNSYLVANIA BOARD of PROBATION & PAROLE, et al., | (MAGISTRATE JUDGE BLEWITT) |
| Respondents. | |

## ORDER

**NOW**, this 26th day of March, 2012, after consideration of the Report and Recommendation (Doc. 25) of Magistrate Judge Blewitt to Petitioner's Petition for Writ of Habeas Corpus, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 25) is **ADOPTED**.

(2) The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

(3) The Motion to Expedite (Doc. 5) is **DENIED as moot**.

(4) The Motion for Reconsideration (Doc. 27) of the Court's Order denying Petitioner's Motion to Appoint Counsel is **DENIED as moot**.

(5) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge